Opinion issued December 31, 2009 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00780-CV

____________


MARK TRIMBLE, Appellant


V.


RANJEEK KAUR, Appellee






On Appeal from the County Court

Chambers County, Texas

Trial Court Cause No. CV03585






MEMORANDUM OPINION

 Appellant, Mark Trimble, has filed an agreed motion to dismiss the appeal. 
No opinion has issued. Accordingly, the motion is granted, and the appeal is
dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.